EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2021 TSPR 114 |
|---|---|
| Nombramiento a la Junta de Educación Jurídica Continua | 207 DPR ____ |

Número del Caso:  EN-2021-03

Fecha: 29 de julio de 2021

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:* | |
| Nombramiento a la Junta de Educación Jurídica Continua | EN-2021-3 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de julio de 2021.

En virtud de la Regla 6 del Reglamento del Programa de Educación Jurídica Continua, según enmendada, 4 LPRA Ap. XVII-F, y debido a que existe una vacante en la Junta de Educación Jurídica Continua (Junta), se nombra al Lcdo. Carlos Ojeda González como miembro de la Junta.

Asimismo, el Tribunal Supremo reconoce la labor y compromiso del miembro que hoy cesa sus funciones.

Esta resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. La Jueza Presidenta Oronoz Rodríguez disiente y hace contar la expresión siguiente:

> "Tal como propuse anteriormente, debimos aprovechar la oportunidad para hacer un ejercicio integral de los miembros de la Junta del Programa de Educación Jurídica Continua, cuyos nombramientos, todos, están vencidos. El anterior comisionado asociado de la Comisión de Evaluación Judicial, el Lcdo. Carlos Ojeda González, quien fuera juez durante 16 años, tiene toda mi confianza y ha realizado una labor encomiable en la Comisión de Evaluación Judicial. Por tal razón, a pesar de que no tengo ninguna objeción de que participe en la Junta del Programa de Educación Jurídica Continua, lo hubiera dejado en la misma".

El Juez Asociado señor Estrella Martínez y el Juez Asociado señor Colón Pérez no intervinieron.


                              Bettina Zeno González
                    Secretaria del Tribunal Supremo Interina